PEOPLE, Respondent, v. BRAND, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Proceeding by the People of the State of New York against Sam Brand. No opinion. Judg-

ment of conviction of the County Court of Kings County affirmed by default.